Geri N. Kahn, Cal. Bar #148536
400 Montgomery Street, Suite 810
San Francisco, CA 94104
Tel. (415) 397-5446
Fax (415) 392-8208
Email: gkahn@pacbell.net

Attorney for Mohamed Alammari

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Mohamed ALAMMARI,** | Civil No. 07-04354 WDB |
| **Plaintiff,** | **PETITION FOR HEARING ON NATURALIZATION APPLICATION PURSUANT TO 8 USC SECTION 1447(b)** |
| vs. | |
| **Department of Homeland Security, Michael Chertoff, Secretary; US Attorney General, Alberto R. Gonzales; United States Citizenship and Immigration Services, Emilio T. Gonzalez, Director; United States Citizenship and Immigration Services, Alfonso Aguilar, Chief; United States Citizenship and Immigration Services, Rosemary Melville, District Director and Robert Mueller, III, Director of Federal Bureau of Investigation** | USCIS Case No.: A46 132 352 |
| **Defendants.** | |

Plaintiff, by his attorney, complaining of Defendants, alleges as follows:

1. Plaintiff is an individual and resident of the United States who resides in the jurisdiction of this Court. Plaintiff's claim to naturalization arises under 8 United States Code (hereinafter "USC") Section 1421.

///

///

///

C 07-04354 WDB, Petition for Hearing on Naturalization Application- 1

2. Defendant Michael Chertoff is the Secretary of the Department of Homeland Security (hereinafter "DHS"). Defendant Alberto R. Gonzales is the Attorney General of the United States. Defendant Emilio T. Gonzalez is the Director of the United States Citizenship and Immigration Services (hereinafter "USCIS"). Defendant Alfonso Aguilar is the Chief of the Office of Citizenship in USCIS. Defendant Rosemary Melville is the District Director of the San Francisco district office of the USCIS. Defendant Robert S. Mueller, III, is Director of the Federal Bureau of Investigations (FBI), the law enforcement agency that conducts security clearances for other U.S. government agencies, such as the Department of Homeland Security. All Defendants are sued herein in their official capacities. Defendants are responsible for the grant or denial of naturalization applications filed with the San Francisco USCIS district pursuant to 8 USC Sections 1421, 1427 and 8 Code of Federal Regulations (hereinafter "CFR") Sections 2.1, 103.1(b), 310.2, 316.3.

3. The Court has jurisdiction of this action pursuant to 8 USC Sections 1447(b) and 2201.

4. On or about October 9, 2002, Plaintiff filed his application for naturalization with USCIS.

5. On or about October 27, 2003, Defendants and their designated agent examined Plaintiff on his application at the San Francisco District office of USCIS.

6. At his examination, Defendants' agent told Plaintiff that he passed his examination. He was told that his case could not be approved at that time because the required background checks had not yet been completed.

7. On October 5, 2006, Plaintiff checked on the status of his case by making an InfoPass appointment at USCIS. He was told that it was still pending due to background checks.

8. On April 3, 2007, Plaintiff submitted a FOIA request to the FBI. In a letter dated, April 30, 2007, the FBI informed Plaintiff that there were no records found pertaining to him.

9. On July 18, 2007, Plaintiff again checked on the status of his case by making an InfoPass appointment at USCIS. He was told that it was still pending due to background checks.

10. On July 10, 2007, Plaintiff's counsel wrote a letter to Defendant District Director, Rosemary Melville, inquiring into the status of this case and informing her that if no response were received within one month, Plaintiff would file this action. Counsel received a standard response dated July 27, 2007, that Plaintiff's case was still pending due to security checks.

11. Plaintiff understands the necessity of a background check but he was examined more than three and a half years ago and Defendants have made no decision on his application. Defendants have been unable to provide any estimate as to when they will adjudicate his application and they allege that they cannot adjudicate it until the background checks have been completed. It is Plaintiff's position that four and a half years is more than a reasonable amount of time in which to conduct background checks in his case.

12. Plaintiff does not have a criminal record anywhere in the world. There is no reason that Plaintiff can discern as to why his case has been unduly delayed.

13. Plaintiff has been severely prejudiced by the lack of adjudication in his case. He is married to a foreign national and she and their children are living in Yemen. In 2003, he filed a visa petition for them and has a priority date of December 17, 2003. Even though he has already waited almost four years, his priority date is still not current. (The current priority date for spouses and children of permanent residents is October 8, 2002.) If Plaintiff were a U.S. Citizen, he would immediately be able to bring his wife and minor children to the United States. Plaintiff's wife and children cannot live lawfully in the same country as Plaintiff, forcing them to delay sharing their lives together.

14. Plaintiff would also like to be a U.S. citizen for the reasons that others wish to have it – for the ease of travel and the right to vote.
15. The Defendants' failure to make a determination of Plaintiff's application within 120 days after his examination allows Plaintiff to bring the matter to this Court for a hearing pursuant to 8 USC Section 1447(b).
16. Plaintiff desires a judicial determination of his naturalization application and a declaration that he is entitled to be naturalized as a citizen of the United States.

WHEREFORE, Plaintiff prays that:

1. The Court will hear Plaintiff's case and render a declaratory judgment that he is entitled to be naturalized;
2. The Court award Plaintiff reasonable attorney's fees under the Equal Access to Justice Act; and
3. The Court grants such further relief as may be just, lawful and equitable to the premises.

Dated this 23rd day of August, 2007

/s/ Geri Kahn

Geri N. Kahn
400 Montgomery Street,
Suite 810
San Francisco, CA 94104