| | |
|---|---|
| 1 | SCOTT N. SCHOOLS, SC SBN 9990<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7124<br>FAX: (415) 436-7169 |
| 7 | |
| 8 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

MOHAMED ALAMMARI,

    Plaintiff,

    v.

Department of Homeland Security, MICHAEL CHERTOFF, Secretary; U.S. Attorney General, ALBERTO R. GONZALES; United States Citizenship and Immigration Services, EMILIO T. GONZALEZ, Director; United States Citizenship and Immigration Services, ALFONSO AGUILAR, Chief; United States Citizenship and Immigration Services, ROSEMARY MELVILLE, District Director and ROBERT MUELLER, III, Director of Federal Bureau of Investigation,

    Defendants.

No. C 07-4354 WDB

**ANSWER**

The Defendants hereby submit their answer to Plaintiff's Petition for Hearing on Naturalization Application Pursuant to 8 U.S.C. § 1447(b).

    1. Paragraph One consists of Plaintiff's allegation regarding jurisdiction, to which no responsive pleading is required; however, to the extent that such allegations are deemed to require an answer, Defendants deny the allegations contained in this paragraph.

    2. Defendants admit the allegations in Paragraph Two; however, Defendants deny that all the

ANSWER
C07-4354 WDB                              1

1 | defendants are responsible for the grant or denial of naturalization applications.

2 |    3. Paragraph Three consists of Plaintiff's allegation regarding jurisdiction, to which no
3 | responsive pleading is required.

4 |    4. Defendants deny the allegations in Paragraph Four. Plaintiff filed his naturalization
5 | application on January 9, 2003.

6 |    5. Defendants deny that Plaintiff was examined. Plaintiff was interviewed on October 27,
7 | 2003.

8 |    6. Defendants deny that it was an examination, as it was an interview. The Plaintiff did not
9 | pass the examination, he passed the English and Civis tests.

10 |    7. Defendants are without sufficient information to admit or deny the allegations in Paragraph
11 | Seven.

12 |    8. Defendants are without sufficient information to admit or deny the allegations in Paragraph
13 | Eight.

14 |    9. Defendants are without sufficient information to admit or deny the allegations in Paragraph
15 | Nine.

16 |    10. Defendants admit the allegations in Paragraph Ten.

17 |    11. Paragraph Eleven consists of Plaintiff's characterizations of the lawsuit for which no
18 | answer is required.

19 |    12. Defendants are without sufficient information to admit or deny the allegations in
20 | Paragraph Twelve.

21 |    13. Defendants are without information to admit or deny Plaintiff's allegation in the first
22 | sentence of Paragraph Thirteen. The remaining allegations consists of Plaintiff's characterizations
23 | of the lawsuit for which no answer is required; however, to the extent that such allegations are
24 | deemed to require an answer, Defendants deny the remaining allegations in this paragraph.

25 |    14. Paragraph Fourteen consists of Plaintiff's characterizations of the lawsuit for which no
26 | answer is required.

27 |    15. Paragraph Fifteen consists of Plaintiff's characterizations of the lawsuit for which no
28 | answer is required.

1  16. Paragraph Sixteen consists of Plaintiff's characterizations of the lawsuit for which no answer is required.

The remaining paragraph consist of Plaintiff's prayer for relief, to which no admission or denial is required; to the extent a responsive pleading is deemed to be required, Defendants deny this paragraph.

**FIRST AFFIRMATIVE DEFENSE**

The Complaint fails to state a claim against the Defendants upon which relief can be granted.

**SECOND AFFIRMATIVE DEFENSE**

No acts or omissions by the United States or its employees were the proximate cause of any injury or damages to the Plaintiff.

**THIRD AFFIRMATIVE DEFENSE**

At all times alleged in the complaint, Defendants were acting with good faith, with justification, and pursuant to authority.

**FOURTH AFFIRMATIVE DEFENSE**

The Defendants are processing the application referred to in the Petition to the extent possible at this time. Accordingly, no relief as prayed for is warranted.

WHEREFORE, Defendants pray for relief as follows:

That judgment be entered for Defendants and against Plaintiff, dismissing Plaintiff's Petition with prejudice; that Plaintiff takes nothing; and that the Court grant such further relief as it deems just and proper under the circumstances.

Dated: October 29, 2007                             Respectfully submitted,

                                                    SCOTT N. SCHOOLS
                                                    United States Attorney


                                                    _____/s/_____
                                                    ILA C. DEISS
                                                    Assistant United States Attorney
                                                    Attorneys for Defendants

ANSWER
C07-4354 WDB                                3