1 | SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-7124
FAX: (415) 436-7169
7
Attorneys for Defendants
8

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | OAKLAND DIVISION

12 | MOHAMED ALAMMARI,                        )
                                              ) No. C 07-4354 WDB
13 |                 Plaintiff,                )
                                              )
14 |         v.                                )
                                              ) **PARTIES' JOINT REQUEST TO BE**
15 | Department of Homeland Security,          ) **EXEMPT FROM FORMAL ADR**
     MICHAEL CHERTOFF, Secretary;              ) **PROCESS**
16 | U.S. Attorney General, ALBERTO R.         )
     GONZALES; United States Citizenship and   )
17 | Immigration Services, EMILIO T. GONZALEZ, )
     Director; United States Citizenship and   )
18 | Immigration Services, ALFONSO AGUILAR,    )
     Chief; United States Citizenship and Immigration )
19 | Services, ROSEMARY MELVILLE, District     )
     Director and ROBERT MUELLER, III, Director )
20 | of Federal Bureau of Investigation,        )
                                              )
21 |                 Defendants.                )
     _____)
22

23 |     Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute

24 | Resolution Procedures in the Northern District of California," or the specified portions of the ADR

25 | Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution

26 | options provided by the court and private entities, and considered whether this case might benefit

27 | from any of them.

28 |     Here, the parties agree that referral to a formal ADR process will not be beneficial because this

Parties' Request for ADR Exemption
C07-4354 WDB                               1

action is limited to plaintiff's request that this Court compel defendants to adjudicate the application for naturalization. Defendants have already requested the FBI expedite the name check so that the application may be processed as soon as possible. Given the substance of the action and the lack of any potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax court resources.

Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the ADR Multi-Option Program and that they be excused from participating in the ADR phone conference and any further formal ADR process.

Dated: November 7, 2007                              Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____/s/_____
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

Dated: November 7, 2007                              _____/s/_____
GERI N. KAHN
Attorney for Plaintiff

## ORDER

Pursuant to stipulation and to ADR L. R. 3-3(c), the parties are hereby removed from the ADR Multi-Option Program and are excused from participating in the ADR phone conference and any further formal ADR process.

**SO ORDERED.**

Dated: _____
WAYNE D. BRAZIL
United States Magistrate Judge

Parties' Request for ADR Exemption
C07-4354 WDB                                              2