1 | SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-7124
FAX: (415) 436-7169

7 | Attorneys for Defendants

8

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | OAKLAND DIVISION

12 | MOHAMED ALAMMARI,                    )   No. C 07-4354 WDB
                                         )
13 |          Plaintiff,                 )
                                         )
14 |     v.                              )
                                         )   **CONSENT TO MAGISTRATE JUDGE**
15 | Department of Homeland Security,    )   **JURISDICTION**
MICHAEL CHERTOFF, Secretary;             )
16 | U.S. Attorney General, ALBERTO R.   )
GONZALES; United States Citizenship and  )
17 | Immigration Services, EMILIO T. GONZALEZ, )
Director; United States Citizenship and  )
18 | Immigration Services, ALFONSO AGUILAR, )
Chief; United States Citizenship and Immigration )
19 | Services, ROSEMARY MELVILLE, District )
Director and ROBERT MUELLER, III, Director )
20 | of Federal Bureau of Investigation,  )
                                         )
21 |          Defendants.                )
     _____)

22

23 | In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the Defendants

24 | in this case hereby voluntarily consent to have a United States Magistrate Judge conduct any and

25 | //

26 | //

27 | //

28 | //

Consent
C07-4354 WDB

1 | all further proceedings in the case, including trial, and order the entry of a final judgment.
2 |
3 | Dated: November 20, 2007           Respectfully submitted,
4 |                                     SCOTT N. SCHOOLS
                                        United States Attorney
5 |
6 |                                     ___/s/_____
                                        ILA C. DEISS
                                        Assistant United States Attorney
7 |                                     Attorney for Defendants

Consent
C07-4354 WDB                2

**CERTIFICATE OF SERVICE**

<u>**Alammari v. Dept. Of Homeland Security, et al.**</u>
**C 07-4354 WDB**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**CONSENT TO MAGISTRATE JUDGE JURISDICTION**

to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

  X    FIRST CLASS MAIL by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

  ___  CERTIFIED MAIL (# ) by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

  ___  PERSONAL SERVICE (BY MESSENGER)

  ___  FEDERAL EXPRESS via Priority Overnight

  ___  EMAIL

  ___  FACSIMILE (FAX)

to the party(ies) addressed as follows:

Geri N. Kahn
400 Montgomery Street, Ste. 810
San Francisco, CA 94104
PH: 415.397.5446

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this November 20, 2007 at San Francisco, California.

_____/s/_____
LILY HO-VUONG
Legal Assistant

3