1   SCOTT N. SCHOOLS, SC SBN 9990
    United States Attorney
2   JOANN M. SWANSON, CSBN 88143
    Assistant United States Attorney
3   Chief, Civil Division
    ILA C. DEISS, NY SBN 3052909
4   Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-7124
       FAX: (415) 436-7169
7
    Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                         OAKLAND DIVISION

12  MOHAMED ALAMMARI,                )
                                     )   No. C 07-4354 WDB
13              Plaintiff,           )
                                     )
14         v.                        )
                                     )   **JOINT CASE MANAGEMENT**
15  Department of Homeland Security, )   **CONFERENCE STATEMENT and**
    MICHAEL CHERTOFF, Secretary;     )   **PROPOSED ORDER**
16  U.S. Attorney General, ALBERTO R.)
    GONZALES; United States Citizenship and )
17  Immigration Services, EMILIO T. GONZALEZ, )
    Director; United States Citizenship and )
18  Immigration Services, ALFONSO AGUILAR, )
    Chief; United States Citizenship and Immigration )
19  Services, ROSEMARY MELVILLE, District )
    Director and ROBERT MUELLER, III, Director )
20  of Federal Bureau of Investigation, )
                                     )
21              Defendants.          )
    _____ )
22

23      **1. Jurisdiction and Service**

24      The basis for this Court's jurisdiction is 8 U.S.C. § 1447(b), which provides that if the United

25  States Citizenship and Immigration Services (USCIS) has failed to make a determination on an

26  individual's application for naturalization within 120 days after the date on which the applicant is

27  examined, the applicant may apply to the United States District Court for a hearing on the matter.

28  The District Court "may either determine the matter or remand the matter, with appropriate

    Joint Case Management Statement
    C07-4354 WDB                        1

1  instructions, to the Service to determine the matter." 8 U.S.C. § 1447(b); *United States v.*

2  *Hovsepian*, 359 F.3d 1144, 1160 (9th Cir. 2004); *Zhai v. USCIS*, 2004 WL 1960195 (N.D. Cal.

3  2004). The parties do not dispute that venue is proper in this district. No issues exist regarding

4  personal jurisdiction or venue, and no parties remain to be served.

5  **2. Facts**

6  The plaintiff is a lawful permanent resident of the United States who filed an application for

7  naturalization with USCIS on January 9, 2003. The USCIS has not yet adjudicated plaintiff's

8  naturalization application.

9  **3. Legal Issues**

10  1. Whether the USCIS or this Court may adjudicate a naturalization application before all of

11  the necessary background checks of the applicant have been completed.

12  2. Whether this Court may compel the USCIS to adjudicate a naturalization case within a

13  certain time frame when the USCIS has failed to make a decision within the statutory 120-day

14  period after the date of the initial examination of the application.

15  **4. Motions**

16  The defendants will file a motion asking this Court to remand this matter back to USCIS with

17  instruction to adjudicate the application for naturalization promptly upon receipt of the FBI

18  background check.

19  Plaintiff will respond by either asking the Court to remand the matter to USCIS with

20  instructions to adjudicate the naturalization application within 60 days or ask the Court to set up

21  an evidentiary hearing to adjudicate the naturalization application.

22  **5. Amendment of Pleadings**

23  No parties, claims or defenses are expected to be added or dismissed.

24  **6. Evidence Preservation**

25  The parties do not have any evidence that falls within this category.

26  **7. Disclosures**

27  The parties believe that the initial disclosure requirements of Fed. R. Civ. P. 26 do not apply to

28  this case.

Joint Case Management Statement
C07-4354 WDB                              2

**8.  Discovery**

The parties do not intend to take any discovery in this case at this time.

**9.  Class Actions**

N/A

**10.  Related Cases**

The parties are not aware of any related case or cases.

**11.  Relief**

The plaintiff asks this Court to direct defendants to adjudicate his application for naturalization.

**12.  Settlement and ADR**

The parties filed a request to be exempt from the formal ADR process on November 7, 2007.

**13.  Consent to Magistrate Judge for All Purposes**

The parties will consent to the assignment of this case to a magistrate judge.

**14.  Other References**:

The parties do not believe that this case is suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

**15.  Narrowing of Issues**

The parties do not believe that the issues can be narrowed by agreement or by motion, and do not have suggestions to expedite the presentation of evidence at trial (e.g., through summaries or stipulated facts), and any request to bifurcate issues, claims or defenses.

**16.  Expedited Schedule**

The defendants believe this case can be resolved on their motion to remand.

**17.  Scheduling**

The parties propose the following schedule on the defendants' motion to remand.

Defendants' Motion to Remand:                    December 26, 2007

Plaintiff's Opposition:                          January 9, 2008

Hearing:                                         January 30, 2008 at 1:30 p.m.

Joint Case Management Statement
C07-4354 WDB                              3

**18. Trial**

The parties request that this Court set a date for an evidentiary hearing should the matter not resolve through motions.

**19. Disclosure of Non-Party Interested Entities or Persons**:

The Plaintiff intends to file the "Certification of Interested Entities or Persons" required by Civil Local Rule 3-16.

**20. Such other matters as may facilitate the just, speedy and inexpensive disposition of this matter**

Dated: November 21, 2007                          /s/
                                                  ILA C. DEISS
                                                  Assistant United States Attorney
                                                  Attorney for Defendants

Dated: November 21, 2007                          /s/
                                                  GERI N. KAHN
                                                  Attorney for Plaintiff

## ORDER

The Joint Case Management Statement and Proposed Order are hereby adopted by the Court as the Case Management Order for the case, and the parties are ordered to comply with this Order.

Date: _____
                                                  WAYNE D. BRAZIL
                                                  United States Magistrate Judge

Joint Case Management Statement
C07-4354 WDB                          4

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

**Alammari v. Dept. Of Homeland Security, et al.**
**C 07-4354 WDB**

   The undersigned hereby certifies that she is an employee of the Office of the United States

Attorney for the Northern District of California and is a person of such age and discretion to be

competent to serve papers.  The undersigned further certifies that she is causing a copy of the

following:

**JOINT CASE MANAGEMENT CONFERENCE STATEMENT and PROPOSED ORDER**

to be served this date upon the party in this action by placing a true copy thereof in a sealed

envelope, and served as follows:

 X  FIRST CLASS MAIL by placing such envelope(s) with postage thereon fully prepaid in the
     designated area for outgoing U.S. mail in accordance with this office's practice.

_____ CERTIFIED MAIL (# ) by placing such envelope(s) with postage thereon fully prepaid in
     the designated area for outgoing U.S. mail in accordance with this office's practice.

_____ PERSONAL SERVICE (BY MESSENGER)

_____ FEDERAL EXPRESS via Priority Overnight

_____ EMAIL

_____ FACSIMILE (FAX)

to the party(ies) addressed as follows:

Geri N. Kahn
400 Montgomery Street, Ste. 810
San Francisco, CA 94104
PH: 415.397.5446

   I declare under penalty of perjury under the laws of the United States that the foregoing is

true and correct.

   Executed this November 21, 2007 at San Francisco, California.

          /s/
          _____
          LILY HO-VUONG
          Legal Assistant