1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-7124
       FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                        OAKLAND DIVISION

12  MOHAMED ALAMMARI,                  )  No. C 07-4354 WDB
                                       )
13              Plaintiff,             )
                                       )
14         v.                          )  **STIPULATION TO DISMISS; AND**
                                       )  [~~PROPOSED~~] **ORDER**
15  Department of Homeland Security,   )
    MICHAEL CHERTOFF, Secretary;       )
16  U.S. Attorney General, ALBERTO R.  )
    GONZALES; United States Citizenship and )
17  Immigration Services, EMILIO T. GONZALEZ, )
    Director; United States Citizenship and )
18  Immigration Services, ALFONSO AGUILAR, )
    Chief; United States Citizenship and Immigration )
19  Services, ROSEMARY MELVILLE, District )
    Director and ROBERT MUELLER, III, Director )
20  of Federal Bureau of Investigation, )
                                       )
21              Defendants.            )
    _____)
22

23      Plaintiff, by and through his attorneys of record, and Defendants, by and through their

24  attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the

25  above-entitled action without prejudice because the United States Citizenship and Immigration

26  Services agrees to approve Petitioner's application for naturalization within 30 days of the

27  dismissal of this action, provided the petitioner does not commit a disqualifying act in the interim.

28      The parties further ask that the Court vacate the November 28, 2007 initial case management

Stipulation to Dismiss
C07-4354 WDB                           1

1   conference.

2     Each of the parties shall bear their own costs and fees.

3

  Dated: November 26, 2007               Respectfully submitted,

4

                                     SCOTT N. SCHOOLS

5                                    United States Attorney

6

                                  /s/

7                                   ILA C. DEISS
                                  Assistant United States Attorney

8                                   Attorneys for Defendants

9

10   Dated: November 26, 2007                   /s/
                                  GERI N. KAHN

11                                   Attorney for Plaintiff

12

                             **ORDER**

13

14

    Pursuant to stipulation, IT IS SO ORDERED.

15

16

17   Dated:   11-26-07

18                                 WAYNE D. BRAZIL
                                United States Magistrate Judge6

19

20

21

22

23

24

25

26

27

28

  Stipulation to Dismiss
  C07-4354 WDB                          2